IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Mota, <br><br> Plaintiff, <br><br> vs. <br><br> Hameroff Law Group, et al., <br><br> Defendants. | No.  CV-14-01998-PHX-SPL <br><br> **ORDER** |

Pursuant to Plaintiff's Notice (Doc. 10),

**IT IS ORDERED** that this matter is dismissed **with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 22nd day of October, 2014.

Honorable Steven P. Logan
United States District Judge